IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TODD BROWN AND WILLIAM COX, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | CAUSE NO. 1:21-CV-01155-LY |
| | § | |
| PEANUT PLUMBING, LLC, | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On February 23, 2023, the parties filed a Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. #27). Accordingly,

**IT IS ORDERED** that the case is **CLOSED**.

SIGNED this 28th day of February, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE